**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2326**

———————

JARA C. UZENDA, a/k/a Jara Uzenda Gobbi,

                                    Plaintiff - Appellant,

        versus

RALPH STROMAN; BANK OF NEW YORK; PETER D.
KORN; SUNTRUST MORTGAGE CORPORATION,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CA-01-2212-4-22)

———————

Submitted:  April 18, 2002          Decided:  May 10, 2002

———————

Before WILKINS, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jara C. Uzenda, Appellant Pro Se.  Arrigo Paul Carotti, MCCUTCHEON,
MCCUTCHEON & BAXTER, P.A., Conway, South Carolina; John Sanford
Kay, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jara C. Uzenda seeks to appeal the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny Uzenda's motion for leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Uzenda v. Stroman, No. CA-01-2212-4-22 (D.S.C. June 25, 2001; Oct. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2